DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PRIV-ENERGY GROUP, LLC**,
Appellant,

v.

**DAVID SIEGEL**,
Appellee.

No. 4D18-3610

[April 18, 2019]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. 2018-012281 CACE 05.

Jaime T. Halscott of Halscott Megaro, P.A., Orlando, for appellant.

Scott M. Behren of Behren Law Firm, Weston, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***